## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald H. Wetmore aka Ron H. Wetmore | CHAPTER 13 |
| Karen A. Wetmore | BKY. NO. 20-22432 JAD |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

    Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
15 Oct 2020, 09:01:59, EDT

    Brian C. Nicholas, Esquire
    Attorney I.D. No. 317240
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    bkgroup@kmllawgroup.com