**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-22432 JAD** |
| Ronald H. Wetmore | ) | |
| Karen A. Wetmore, | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtors** | ) | Related to Docs. #43 and 51 |
| _____ | )X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑   a motion to dismiss case or certificate of default requesting dismissal

X   a plan modification sought by:   Peoples Natural Gas Company, LLC

❑   a motion to lift stay
    as to creditor   _____

❑   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Chapter 13 Plan dated September 3, 2020
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑   Debtor(s) Plan payments shall be changed from $3,694.00 to
    $3,931.00  per  month,  effective  May  2021 ; and/or  the  Plan  term  shall  be

-1-

        changed from \_\_\_\_ months to \_\_\_\_\_ months.

- ☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐    Debtor(s) shall file and serve _____ on or before _____.

- ☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- X    Other: <u>Peoples Natural Gas Company is to be paid per the Order entered on April 21, 2021 at Doc. #48.</u>

       **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

       **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

                    Certificate of Notice    Page 3 of 6

**SO ORDERED**, this ___4th___ day of ___May___, 2021

Dated: _____5/4/2021_____

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

/s/ Abagale Steidl                                /s/ Owen Katz
Abagale Steidl, Esq.                              Owen Katz, Esq.
Counsel to Debtor                                 Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

FILED
5/4/21 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22432-JAD |
| Ronald H. Wetmore | Chapter 13 |
| Karen A. Wetmore | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 3 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald H. Wetmore, Karen A. Wetmore, 1231 Mountain View Drive, Greensburg, PA 15601-3766 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15278968 | + | Commonwealth of PA, Dept. of Human Services, 7th and Forester Streets, Health & Welfare Building , 3rd Floor, Harrisburg, PA 17120-0001 |
| 15278969 | + | Court of Common Pleas of Westmoreland Co, 2 N Main St, Mezzanine, Room 3, Greensburg, PA 15601-2405 |
| 15278970 | + | Crescent Bank & Trust, Inc., 1000 Poydras St Ste 100, New Orleans, LA 70112-1020 |
| 15304746 | | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15278972 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15278973 | + | HSBC Bank/Orchard, Cavalry SPV, 500 Summit Lake Dr. _ Suite 400, Valhalla, NY 10595-2321 |
| 15278974 | + | I.c Fcu, 2340 Warren Rd Ste 209, Indiana, PA 15701-2413 |
| 15278975 | + | Jdmh Fcu, 600 Jefferson Ave, Jeannette, PA 15644-2539 |
| 15278977 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15278979 | | PA Department of Revenue, Bureau of Individual Taxes, Po Box 28121, Harrisburg, PA 17128-1210 |
| 15285260 | + | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15278980 | | Phelan Hallinan Diamond & Jones LLP, Attn: Joseph E. DeBarberie, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15278983 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15278984 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15278986 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15278985 | + | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 05 2021 04:01:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| 15289521 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 05 2021 04:01:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15278967 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 05 2021 04:01:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15278966 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 05 2021 04:01:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15291721 | | Email/Text: bankruptcy@cbtno.com | May 05 2021 04:01:00 | CRESCENT BANK & TRUST, PO BOX 2829, ADDISON, TX 75001 |
| 15278971 | + | Email/Text: bankruptcy@cbtno.com | May 05 2021 04:02:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 15286345 | + | Email/Text: jdmhfcu@yahoo.com | May 05 2021 04:02:00 | JDMH Federal Credit Union, 520 Jefferson Ave., 5th Floor, Jeannette PA 15644-2538 |
| 15278976 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:49 | LVNV Funding, Resurgent Capital, P.O. Box 10587, Greenville, SC 29603-0587 |

Case 20-22432-JAD    Doc 53    Filed 05/06/21    Entered 05/07/21 00:42:33    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 15282587 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15278978 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 04:02:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15302101 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 04:02:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15278981 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 03:26:04 | Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541 |
| 15300438 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 03:26:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15296915 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15278982 | + | Email/Text: bk@coastprofessional.com | May 05 2021 04:02:00 | RMS Recovery Management Services, Inc., c/o Coast Professional, Inc., PO Box 2899, West Monroe, LA 71294-2899 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ronald H. Wetmore asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Karen A. Wetmore asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 3 of 3 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 33 |

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8