Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronald H. Wetmore** | : | Case No. 20−22432−JAD |
| **aka Ron H. Wetmore** | : | Chapter: 13 |
| **Karen A. Wetmore** | : | |
|    *Debtor(s)* | : | |
| | : | |
| | : | Related to Doc. #58 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this ***The 25th of January, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                                 <u>Jeffery A. Deller</u>
                                                                 United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald H. Wetmore  
Karen A. Wetmore  
    Debtors

Case No. 20-22432-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 25, 2022      Form ID: 309      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald H. Wetmore, Karen A. Wetmore, 1231 Mountain View Drive, Greensburg, PA 15601-3766 |
| 15278968 | + | Commonwealth of PA, Dept. of Human Services, 7th and Forester Streets, Health & Welfare Building, 3rd Floor, Harrisburg, PA 17120-0001 |
| 15278969 | + | Court of Common Pleas of Westmoreland Co, 2 N Main St, Mezzanine, Room 3, Greensburg, PA 15601-2405 |
| 15278970 | + | Crescent Bank & Trust, Inc., 1000 Poydras St Ste 100, New Orleans, LA 70112-1020 |
| 15304746 | | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15278972 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15278973 | + | HSBC Bank/Orchard, Cavalry SPV, 500 Summit Lake Dr. _ Suite 400, Valhalla, NY 10595-2321 |
| 15278974 | + | I.c Fcu, 2340 Warren Rd Ste 209, Indiana, PA 15701-2413 |
| 15278975 | + | Jdmh Fcu, 600 Jefferson Ave, Jeannette, PA 15644-2539 |
| 15278979 | | PA Department of Revenue, Bureau of Individual Taxes, Po Box 28121, Harrisburg, PA 17128-1210 |
| 15278980 | | Phelan Hallinan Diamond & Jones LLP, Attn: Joseph E. DeBarberie, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15278983 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15278984 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jan 26 2022 04:38:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 25 2022 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15289521 | | EDI: PHINAMERI.COM | Jan 26 2022 04:38:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15278967 | + | EDI: PHINAMERI.COM | Jan 26 2022 04:38:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15278966 | + | EDI: PHINAMERI.COM | Jan 26 2022 04:38:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15291721 | | Email/Text: bankruptcy@cbtno.com | Jan 25 2022 23:41:00 | CRESCENT BANK & TRUST, PO BOX 2829, ADDISON, TX 75001 |
| 15278971 | + | EDI: CRESCENTBANK.COM | Jan 26 2022 04:38:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 15286345 | + | Email/Text: jdmhfcu@yahoo.com | Jan 25 2022 23:41:00 | JDMH Federal Credit Union, 520 Jefferson Ave., 5th Floor, Jeannette PA 15644-2538 |
| 15278976 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2022 23:41:30 | LVNV Funding, Resurgent Capital, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15282587 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2022 23:41:18 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 20-22432-JAD    Doc 64    Filed 01/27/22    Entered 01/28/22 00:28:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: 309 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15278977 | + | EDI: MID8.COM | Jan 26 2022 04:38:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15278978 | + | EDI: MID8.COM | Jan 26 2022 04:38:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15302101 | + | EDI: MID8.COM | Jan 26 2022 04:38:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15278981 | | EDI: PRA.COM | Jan 26 2022 04:38:00 | Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541 |
| 15300438 | | EDI: PRA.COM | Jan 26 2022 04:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15296915 | | EDI: PENNDEPTREV | Jan 26 2022 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15296915 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15285260 | + | Email/Text: ebnpeoples@grblaw.com | Jan 25 2022 23:41:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15278982 | + | Email/Text: bk@coastprofessional.com | Jan 25 2022 23:41:00 | RMS Recovery Management Services, Inc., c/o Coast Professional, Inc., PO Box 2899, West Monroe, LA 71294-2899 |
| 15278983 | + | EDI: PRATHEBUR | Jan 26 2022 04:38:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15278984 | + | EDI: PRATHEBUR | Jan 26 2022 04:38:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15278985 | + | EDI: ECMC.COM | Jan 26 2022 04:38:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15278986 | + | EDI: ECMC.COM | Jan 26 2022 04:38:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Ronald H. Wetmore asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Karen A. Wetmore asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8