**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RONALD H. WETMORE
KAREN A. WETMORE
     Debtor(s)

Case No.:20-22432 JAD

Ronda J. Winnecour
     Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/20/2020 and confirmed on 10/07/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,661.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,661.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,605.00 | |
|   Trustee Fee | 1,737.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,342.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 22,301.06 | 0.00 | 22,301.06 |
|     Acct: 7243 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 58,127.53 | 2,110.36 | 0.00 | 2,110.36 |
|     Acct: 7243 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8573 | | | | |
|   CRESCENT BANK & TRUST | 8,650.00 | 2,401.35 | 506.77 | 2,908.12 |
|     Acct: 7258 | | | | |
| | | | | 27,319.54 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD H. WETMORE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,500.00 | 2,605.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESTMORELAND COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0943 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 455.38 | 0.00 | 0.00 | 0.00 |
| Acct: 8573 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 673.72 | 0.00 | 673.72 |
| Acct: 4799 | | | | |
| | | | | 673.72 |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 325.00 | 0.00 | 325.00 |
| Acct: 3618 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7630 | | | | |
| CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IC FCU++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3001 | | | | |
| JEANNETTE DISTRICT MEMORIAL HOSPITA | 14,526.96 | 0.00 | 0.00 | 0.00 |
| Acct: 8517 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3570 | | | | |
| MIDLAND FUNDING LLC | 899.11 | 0.00 | 0.00 | 0.00 |
| Acct: 6837 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,136.99 | 0.00 | 0.00 | 0.00 |
| Acct: 7444 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 430.45 | 0.00 | 0.00 | 0.00 |
| Acct: 9128 | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1549 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CRESCENT BANK & TRUST | 7,278.67 | 0.00 | 0.00 | 0.00 |
| Acct: 7258 | | | | |
| PA DEPARTMENT OF REVENUE* | 63.90 | 0.00 | 0.00 | 0.00 |
| Acct: 8573 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 325.00 |

TOTAL PAID TO CREDITORS                                                                                                28,318.26

TOTAL CLAIMED
PRIORITY             455.38
SECURED           66,777.53
UNSECURED         24,336.08


Date: 02/04/2022                                        /s/ Ronda J. Winnecour

                                                        RONDA J WINNECOUR PA ID #30399
                                                        CHAPTER 13 TRUSTEE WD PA
                                                        600 GRANT STREET
                                                        SUITE 3250 US STEEL TWR
                                                        PITTSBURGH, PA  15219
                                                        (412) 471-5566
                                                        cmecf@chapter13trusteewdpa.com